# U.S. District Court
## District of South Dakota (Northern Division)
## CRIMINAL DOCKET FOR CASE #: 1:20−cr−10012−CBK All Defendants

Case title: USA v. Little Bird, Sr.

Date Filed: 03/10/2020
Date Terminated: 05/27/2022

---

Assigned to: U.S. District Judge
Charles B. Kornmann
Referred to: US Magistrate Judge
Mark A. Moreno

**Defendant (1)**

**Kimo John Little Bird, Sr.**
*TERMINATED: 05/27/2022*

represented by **John S. Rusch**
Rensch Law Office
832 St. Joseph Street
Rapid City, SD 57701
605−341−1210
Fax: 605−341−0040
Email: john.rusch@renschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jana M. Miner**
Federal Public Defender's Office
101 South Pierre Street, Third Floor
Pierre, SD 57501
(605) 224−0009
Fax: (605) 224−0010
Email: delynn_hanson@fd.org
*TERMINATED: 10/22/2021*
*Designation: Federal Public Defender*

| Pending Counts | Disposition |
| --- | --- |
| 18 U.S.C. &sect&sect 1153, 2241(c), and 2246(2); AGGRAVATED SEXUAL ABUSE OF A CHILD (1) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2) AGGRAVATED SEXUAL ABUSE OF A CHILD (1s) | Life imprisonment and $100 Special Assessment |
| 18 U.S.C. § 2260A FELONY SEX OFFENSE AGAINST A | 120 months imprisonment to run consecutive and $100 Special Assessment |

MINOR WHILE REQUIRED TO
REGISTER AS A SEX
OFFENDER
(2s)

18 U.S.C. §§ 1512(b)(1) and
1512(i) TAMPERING WITH A
WITNESS
(5s)

5 years imprisonment to run concurrent and $100
Special Assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18 U.S.C. &sect 2260A; FELONY SEX OFFENSE AGAINST A MINOR WHILE REQUIRED TO REGISTER AS A SEX OFFENDER (2) | Superseded |
| 18 U.S.C. §§ 1153, 2242(2) and 2246(2) SEXUAL ABUSE OF A PERSON INCAPABLE OF CONSENT (3s) | Dismissed by USA |
| 18 U.S.C. § 2260A FELONY SEX OFFENSE AGAINST A MINOR WHILE REQUIRED TO REGISTER AS A SEX OFFENDER (4s) | Dismissed by USA |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Jay P. Miller** |
| --- | --- | --- |
| | | U.S. Attorney's Office |
| | | Pierre Office |
| | | 225 S. Pierre St. |
| | | Suite 337 |
| | | Pierre, SD 57501–2489 |

605–224–5402
Fax: 605–224–8305
Email: jay.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kirk W. Albertson**
U.S. Attorney's Office (Pierre, SD)
225 South Pierre Street, Suite 337
PO Box 7240
Pierre, SD 57501
(605) 224–5402
Fax: (605) 224–8305
Email: kirk.albertson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Troy R. Morley**
U.S. Attorney's Office (Pierre, SD)
225 South Pierre Street, Suite 337
PO Box 7240
Pierre, SD 57501
(605) 224–5402
Fax: (605) 224–8305
Email: troy.morley@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/10/2020 | 1 | | **INDICTMENT (personal identifiers redacted) as to Kimo John Little Bird, Sr (1) count(s) 1, 2. (Attachments: # 1 Sealed Charging Document, # 2 Defendant's Copy of Indictment)** <br><br> **NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. It is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (DLC) (Entered: 03/10/2020)** |
| 12/11/2020 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Troy R. Morley appearing for USA. (SKK) (Entered: 12/11/2020) |
| 01/05/2021 | 6 | | Rule 5(c)(3) Documents Received as to Kimo John Little Bird, Sr. (Attachments: # 1 Financial Affidavit – cja23)(DLC) (Entered: 01/05/2021) |
| 04/07/2021 | | | Case unsealed as to Kimo John Little Bird, Sr. (DLC) (Entered: 04/07/2021) |
| 04/07/2021 | | | Attorney update in case as to Kimo John Little Bird, Sr. Attorney Jana M. Miner for Kimo John Little Bird, Sr added., Set/Reset Hearings as to Kimo John Little Bird, Sr:( Arraignment set for 4/8/2021 at 11:30 AM in Pierre |

| | | | |
|---|---|---|---|
| | | | Courtroom 1 – Room 436* before US Magistrate Judge William D. Gerdes., Initial Appearance set for 4/8/2021 at 11:30 AM in Pierre Courtroom 1 – Room 436* before US Magistrate Judge William D. Gerdes..) (KMH) (Entered: 04/07/2021) |
| 04/07/2021 | 7 | | Preliminary BAIL Report as to Kimo John Little Bird, Sr. In a multi–defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Sippel, Bailey) (Entered: 04/07/2021) |
| 04/08/2021 | 8 | | Notice of Withdrawal and Substitution of Attorney as to USA. Attorney Jay P. Miller added. Attorney Troy R. Morley terminated. (Miller, Jay) (Entered: 04/08/2021) |
| 04/08/2021 | 9 | | Minute Entry for proceedings held before US Magistrate Judge William D. Gerdes: Initial Appearance as to Kimo John Little Bird, Sr held on 4/8/2021. **TEXT ORDER. Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence––that is, evidence that favors the defendant or casts doubt on the United States' case, as required by _Brady v. Maryland_, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (Court Reporter: FTR) (SKK) (Entered: 04/08/2021)** |
| 04/08/2021 | 10 | | TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER (based on the financial affidavit filed in the District of Nevada) as to Kimo John Little Bird, Sr. Signed by US Magistrate Judge William D. Gerdes on 4/8/21. (SKK) (Entered: 04/08/2021) |
| 04/09/2021 | | | Set/Reset Hearings as to Kimo John Little Bird, Sr: Arraignment set for 4/15/2021 at 11:00 AM in Aberdeen Courtroom 1 – Room 403* before US Magistrate Judge William D. Gerdes. Detention Hearing set for 4/15/2021 at 11:00 AM in Aberdeen Courtroom 1 – Room 403* before US Magistrate Judge William D. Gerdes. (KMH) (Entered: 04/09/2021) |
| 04/09/2021 | | | Set/Reset Hearings as to Kimo John Little Bird, Sr: Arraignment set for 4/13/2021 at 01:30 PM in Aberdeen Courtroom 1 – Room 403* before US Magistrate Judge William D. Gerdes. Detention Hearing set for 4/13/2021 at 01:30 PM in Aberdeen Courtroom 1 – Room 403* before US Magistrate Judge William D. Gerdes. (Entered: 04/09/2021) |
| 04/09/2021 | 11 | | NOTICE OF ATTORNEY APPEARANCE: Jana M. Miner appearing for Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 04/09/2021) |
| 04/09/2021 | 12 | | REQUEST for 404(b) by Kimo John Little Bird, Sr . (Miner, Jana) (Entered: 04/09/2021) |
| 04/09/2021 | 13 | | REQUEST for 609(b) by Kimo John Little Bird, Sr . (Miner, Jana) (Entered: 04/09/2021) |
| 04/12/2021 | 14 | | SCHEDULING AND CASE MANAGEMENT ORDER as to Kimo John Little Bird, Sr. Motions due by 4/27/2021. Plea Agreement due by 5/21/2021. |

| | | | |
|---|---|---|---|
| | | | Jury Trial set for 6/8/2021 at 10:30 AM in Aberdeen Courtroom 1 – Room 403* before U.S. District Judge Charles B. Kornmann. Signed by U.S. District Judge Charles B. Kornmann on April 12, 2021. (DLC) (Entered: 04/12/2021) |
| 04/13/2021 | 15 | | Minute Entry for proceedings held before US Magistrate Judge William D. Gerdes: Detention Hearing as to Kimo John Little Bird, Sr held on 4/13/2021, Arraignment as to Kimo John Little Bird Sr. (1) Count 1,2 held on 4/13/2021 Plea Entered: Not Guilty. (Court Reporter: FTR AB CR#1) (SAC) (Entered: 04/13/2021) |
| 04/13/2021 | 16 | | DETENTION ORDER PENDING TRIAL as to Kimo John Little Bird, Sr Signed by US Magistrate Judge William D. Gerdes on April 13, 2021. (DLC) (Entered: 04/13/2021) |
| 04/14/2021 | 17 | | REQUEST for Disclosure by USA as to Kimo John Little Bird, Sr . (Miller, Jay) (Entered: 04/14/2021) |
| 04/19/2021 | 18 | | Stipulation for Entry of Standing Discovery Order as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 04/19/2021) |
| 04/20/2021 | 19 | | TEXT ORDER REGARDING DISCOVERY. Upon the foregoing Stipulation 18 and for good cause shown, it is hereby<br><br>ORDERED that any discovery materials, including but not limited to statements and summaries of interviews of witnesses furnished by the prosecution to the defense, shall not be used by the Defendant or the attorney for the Defendant for any purpose other than in direct relationship to this case. Without permission of the Court, defense counsel shall not photocopy the materials or provide them to any third party, except to make copies for use of the defense counsel in this case, an investigator, or expert witness. No further dissemination of discovery material shall be made, and under no circumstances shall such material be available to any employee of any attorney who was previously convicted of a felony but not restored to his or her civil rights. Any and all copies of discovery materials shall be returned to defense counsel at the completion of the case so that they can be destroyed by defense counsel. Defense counsel shall otherwise keep the items furnished in the possession of defense counsel, and the materials shall not be given to the Defendant or anyone else without the permission of the Court. Defense counsel may allow the Defendant to read the discovery materials, but only in the presence of defense counsel, the defense investigator, or a defense expert. It is further<br><br>ORDERED that all discovery materials not previously destroyed shall be returned to attorneys for the United States of America immediately upon final disposition of the case.<br><br>This text order entered as to Kimo John Little Bird Sr. (1). Signed by US Magistrate Judge William D. Gerdes on 4/20/21. (KMH) (Entered: 04/20/2021) |
| 04/20/2021 | 20 | | Warrant Returned Executed on 04/07/2021 in case as to Kimo John Little Bird, Sr. (DLC) (Entered: 04/20/2021) |
| 05/14/2021 | 21 | | Unopposed MOTION for Continuance pursuant to 18:3161 by Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 05/14/2021) |
| 05/14/2021 | 22 | | |

| | | | |
|---|---|---|---|
| | | | Informed CONSENT to Continuance signed by Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 05/14/2021) |
| 05/17/2021 | 23 | | ORDER granting 21 Motion for Continuance pursuant to 18:3161 as to Kimo John Little Bird Sr. (1). Motions due by 7/20/2021. Plea Agreement due by 8/13/2021. Jury Trial set for 8/31/2021 at 10:30 AM in Aberdeen Courtroom 1 – Room 403* before U.S. District Judge Charles B. Kornmann. Signed by U.S. District Judge Charles B. Kornmann on 5/17/21. (SKK) (Entered: 05/18/2021) |
| 08/12/2021 | 24 | | Unopposed MOTION for Continuance pursuant to 18:3161 by Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 08/12/2021) |
| 08/12/2021 | 25 | | Informed CONSENT to Continuance signed by Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 08/12/2021) |
| 08/12/2021 | 26 | | NOTICE *of Intent to Offer Evidence Pursuant to Fed. R. Evid. 609(a)* by USA as to Kimo John Little Bird, Sr (Miller, Jay) (Entered: 08/12/2021) |
| 08/12/2021 | 27 | | NOTICE *of Intent to Offer Evidence Pursuant to Fed. R. Evid. 414, 413, and 404(b)* by USA as to Kimo John Little Bird, Sr (Miller, Jay) (Entered: 08/12/2021) |
| 08/12/2021 | 28 | | Second NOTICE *of Intent to Offer Evidence Pursuant to Fed. R. Evid. 414, 413, and 404(b)* by USA as to Kimo John Little Bird, Sr (Miller, Jay) Modified on 8/12/2021 to correct text (CLR). (Entered: 08/12/2021) |
| 08/12/2021 | 29 | | BRIEF by USA as to Kimo John Little Bird, Sr 27 Notice filed by USA (Miller, Jay) (Entered: 08/12/2021) |
| 08/12/2021 | 30 | | ORDER granting 24 Motion for Continuance pursuant to 18:3161 as to Kimo John Little Bird Sr. (1) Motions due by 10/5/2021. Plea Agreement due by 10/29/2021. Jury Trial set for 11/16/2021 at 10:30 AM in Aberdeen Courtroom 1 – Room 403 before U.S. District Judge Charles B. Kornmann.. Signed by U.S. District Judge Charles B. Kornmann on 08/12/2021. (VMM) (Entered: 08/12/2021) |
| 08/12/2021 | 31 | | MOTION to Seal Document. (Attachments: # 1 Proposed Order, # 2 Proposed Sealed Second Notice) (SLW) (Entered: 08/12/2021) |
| 08/12/2021 | 32 | | MOTION to Seal Document. (Attachments: # 1 Proposed Order, # 2 Proposed Sealed Third Notice) (SLW) (Entered: 08/12/2021) |
| 08/16/2021 | 33 | | ORDER granting 31 Motion to Seal Document as to Kimo John Little Bird Sr. (1). Signed by U.S. District Judge Charles B. Kornmann on 8/16/21. (SLW) (Entered: 08/16/2021) |
| 08/16/2021 | 34 | | ORDER granting 32 Motion to Seal Document as to Kimo John Little Bird Sr. (1). Signed by U.S. District Judge Charles B. Kornmann on 8/16/21. (SLW) (Entered: 08/16/2021) |
| 08/16/2021 | 35 | | SEALED Second Notice of Intent to Offer Evidence as to Kimo John Little Bird, Sr. (SLW) (Entered: 08/16/2021) |
| 08/16/2021 | 36 | | SEALED Third Notice of Intent to Offer Evidence as to Kimo John Little Bird, Sr. (SLW) (Entered: 08/16/2021) |
| 10/13/2021 | 37 | | |

| | | | |
|---|---|---|---|
| | | | **SUPERSEDING INDICTMENT (personal identifiers redacted) as to Kimo John Little Bird, Sr (1) count(s) 1s, 2s, 3s, 4s, 5s. (Attachments: # 1 Sealed Charging Document, # 2 Defendant's Copy of Sealed Document)** |
| | | | **NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. It is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (SLW) (Entered: 10/13/2021)** |
| 10/22/2021 | | | Attorney update in case as to Kimo John Little Bird, Sr. Attorney John S. Rusch for Kimo John Little Bird, Sr added. Attorney Jana M. Miner terminated. (SF) (Entered: 10/22/2021) |
| 10/22/2021 | 40 | | WAIVER of Personal Appearance signed by Kimo John Little Bird, Sr. (Miner, Jana) (Entered: 10/22/2021) |
| 10/22/2021 | 41 | | Clerk's Notice of Activating CJA Privileges as to Kimo John Little Bird, Sr. When reviewing the attached document, please note this Court is a NextGen Court. (CLR) (Entered: 10/26/2021) |
| 10/28/2021 | 43 | | MOTION IN LIMINE: Part 1: Evidence of the Defendant's Past Alleged Drug Use or Dealing; Part 2: Statements of Testifying Witnesses regarding the Defendant's Alleged Association with Gangs; Part 3: Statements of Civilian Testifying Witnesses regarding Defendant's Past Criminal History; Part 4: Testimony Regarding Supervised Release, Prison Release, Violations of Supervised Release and Court Services Contacts; by Kimo John Little Bird, Sr. (Rusch, John) (Entered: 10/28/2021) |
| 10/28/2021 | 45 | | AMENDED ORDER GRANTING CONTINUANCE pursuant to 18:3161 as to Kimo John Little Bird, Sr Jury Trial set for 11/15/2021 at 02:00 PM in Aberdeen Courtroom 1 – Room 403 before U.S. District Judge Charles B. Kornmann. Signed by U.S. District Judge Charles B. Kornmann on 10/28/2021. (VMM) (Entered: 10/28/2021) |
| 10/28/2021 | 46 | | MEMORANDUM LETTER re: jury trial as to Kimo John Little Bird, Sr Signed by U.S. District Judge Charles B. Kornmann on 10/28/2021. (VMM) (Entered: 10/28/2021) |
| 10/29/2021 | 47 | | Stipulation for Entry of Standing Discovery Order as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 10/29/2021) |
| 10/29/2021 | 48 | | TEXT ORDER REGARDING DISCOVERY. Upon the foregoing Stipulation 47 and for good cause shown, it is hereby<br><br>ORDERED that any discovery materials, including but not limited to statements and summaries of interviews of witnesses furnished by the prosecution to the defense, shall not be used by the Defendant or the attorney for the Defendant for any purpose other than in direct relationship to this case. Without permission of the Court, defense counsel shall not photocopy the materials or provide them to any third party, except to make copies for use of the defense counsel in this case, an investigator, or expert witness. No further dissemination of discovery material shall be made, and under no circumstances |

| | | | |
|---|---|---|---|
| | | | shall such material be available to any employee of any attorney who was previously convicted of a felony but not restored to his or her civil rights. Any and all copies of discovery materials shall be returned to defense counsel at the completion of the case so that they can be destroyed by defense counsel. Defense counsel shall otherwise keep the items furnished in the possession of defense counsel, and the materials shall not be given to the Defendant or anyone else without the permission of the Court. Defense counsel may allow the Defendant to read the discovery materials, but only in the presence of defense counsel, the defense investigator, or a defense expert. It is further

ORDERED that all discovery materials not previously destroyed shall be returned to attorneys for the United States of America immediately upon final disposition of the case.

This text order entered as to Kimo John Little Bird Sr. (1). Signed by US Magistrate Judge Mark A. Moreno on 10/29/2021. (SF) (Entered: 10/29/2021) |
| 11/03/2021 | 50 | | NOTICE of Expert Witness: *Hollie Strand and Kim Beck* by USA as to Kimo John Little Bird, Sr. (Attachments: # 1 Attachment Hollie Strand Curriculum Vitae)(Miller, Jay) (Entered: 11/03/2021) |
| 11/04/2021 | 53 | | RESPONSE to Motion by USA as to Kimo John Little Bird, Sr re 43 MOTION IN LIMINE: Part 1: Evidence of the Defendant's Past Alleged Drug Use or Dealing; Part 2: Statements of Testifying Witnesses regarding the Defendant's Alleged Association with Gangs; Part 3: Statements of Civilian Testifying Witnesses . (Miller, Jay) (Entered: 11/04/2021) |
| 11/04/2021 | 54 | | MOTION IN LIMINE: *Rule 412 of the Federal Rules of Evidence* by USA as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 11/04/2021) |
| 11/04/2021 | 55 | | MEMORANDUM in Support by USA as to Kimo John Little Bird, Sr re 54 MOTION IN LIMINE: *Rule 412 of the Federal Rules of Evidence* . (Miller, Jay) (Entered: 11/04/2021) |
| 11/05/2021 | 56 | | Proposed Jury Instructions as to Kimo John Little Bird, Sr (Rusch, John) (Entered: 11/05/2021) |
| 11/10/2021 | 57 | | FILED IN ERROR – MOTION for Disclosure *of Presentence Investigation Report in CR 12−30028* by USA as to Kimo John Little Bird, Sr. (Miller, Jay) Modified on 11/11/2021 (KMH) (Entered: 11/10/2021) |
| 11/10/2021 | 58 | | FILED IN ERROR – MOTION for Disclosure *of United States Probation Office "Chronos" and Bureau of Prison Records in Possession of the United States Probation Office* by USA as to Kimo John Little Bird, Sr. (Miller, Jay) Modified on 11/11/2021 (KMH). (Entered: 11/10/2021) |
| 11/11/2021 | 60 | | SUPPLEMENT by USA as to Kimo John Little Bird, Sr re 50 Notice of Expert Witness filed by Plaintiff USA (Attachments: # 1 Attachment Curriculum Vitae of Kim Beck) (Miller, Jay) (Entered: 11/11/2021) |
| 11/11/2021 | | | NOTICE of Filing Error: 58 Motion for Disclosure, 57 Motion for Disclosure was filed in error and should be disregarded. (Miller, Jay) (Entered: 11/11/2021) |
| 11/11/2021 | 61 | | |

| | | | |
|---|---|---|---|
| | | | EXHIBIT LIST by USA as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 11/11/2021) |
| 11/11/2021 | 62 | | EXHIBIT LIST by Kimo John Little Bird, Sr. (Rusch, John) (Entered: 11/11/2021) |
| 11/11/2021 | 63 | | MOTION IN LIMINE: Part 1: Reference to Penalty or Punishment; Part 2: Felony Charges; Part 3: Opining on Guilt or Innocence; Part 4: Hearsay Statements of the Defendant Offered by Defendant; Part 5: Credibility or Believability of the Victim; Part 6: Specific Instances of Conduct of the Alleged Victims; Part 7: Prior Sexual Behavior; Part 8: Specific Instances of Conduct of Other Witnesses Part 9: Comment on Failure to Call Witnesses; Part 10: Sequestration of Witnesses; by USA as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 11/11/2021) |
| 11/11/2021 | 64 | | MEMORANDUM in Support by USA as to Kimo John Little Bird, Sr re 63 MOTION IN LIMINE: Part 1: Reference to Penalty or Punishment; Part 2: Felony Charges; Part 3: Opining on Guilt or Innocence; Part 4: Hearsay Statements of the Defendant Offered by Defendant; Part 5: Credibility or Believability of the Victim; Part 6: . (Miller, Jay) (Entered: 11/11/2021) |
| 11/12/2021 | 65 | | WITNESS LIST by Kimo John Little Bird, Sr. (Rusch, John) (Entered: 11/12/2021) |
| 11/12/2021 | 66 | | WITNESS LIST by USA as to Kimo John Little Bird, Sr (Miller, Jay) (Entered: 11/12/2021) |
| 11/12/2021 | 67 | | MEMORANDUM LETTER re: motions in limine as to Kimo John Little Bird, Sr Signed by U.S. District Judge Charles B. Kornmann on 11/12/21. (SLW) (Entered: 11/12/2021) |
| 11/12/2021 | 68 | | NOTICE OF ATTORNEY APPEARANCE: Kirk W. Albertson appearing for USA. (Albertson, Kirk) (Entered: 11/12/2021) |
| 11/12/2021 | 69 | | NOTICE OF ATTORNEY APPEARANCE: Troy R. Morley appearing for USA. (Morley, Troy) (Entered: 11/12/2021) |
| 11/12/2021 | 70 | | WITNESS LIST by USA as to Kimo John Little Bird, Sr (Miller, Jay) (Entered: 11/12/2021) |
| 11/15/2021 | 71 | | Motion for Extension of Time to File Proposed Jury Instructions by USA as to Kimo John Little Bird, Sr . (Miller, Jay) Modified on 11/16/2021 to change to motion (SAC). (Entered: 11/15/2021) |
| 11/15/2021 | 72 | | Proposed Jury Instructions as to Kimo John Little Bird, Sr (Miller, Jay) (Entered: 11/15/2021) |
| 11/16/2021 | 73 | | ORDER granting 71 Motion for Extension of Time to File Proposed Jury Instructions as to Kimo John Little Bird Sr. (1). Signed by U.S. District Judge Charles B. Kornmann on 11/16/2021. (SAC) (Entered: 11/16/2021) |
| 11/16/2021 | 74 | | Jury List as to Kimo John Little Bird, Sr. (KMH) (Entered: 11/17/2021) |
| 11/16/2021 | | | Minute Entry for proceedings held before U.S. District Judge Charles B. Kornmann: Jury Trial Began began on 11/16/2021 as to Kimo John Little Bird, Sr. (Court Reporter: Cheyl Hook) (KMH) (Entered: 11/17/2021) |

| 11/17/2021 | 75 | | MOTION to Amend/Correct 37 Superseding Indictment,, by USA as to Kimo John Little Bird, Sr. (Miller, Jay) (Entered: 11/17/2021) |
|---|---|---|---|
| 11/17/2021 | 76 | | (SEALED) Jury Instructions as to Kimo John Little Bird, Sr. (KMH) (Main Document 76 replaced with corrected instruction #16 on 11/18/2021) (KMH). (Entered: 11/18/2021) |
| 11/17/2021 | 77 | | Jury Instructions (Redacted) as to Kimo John Little Bird, Sr. (KMH) (Main Document 77 replaced with corrected instruction #16 on 11/18/2021) (KMH) (Entered: 11/18/2021) |
| 11/17/2021 | | | Minute Entry for proceedings held before U.S. District Judge Charles B. Kornmann: Jury Trial continued on 11/17/2021 as to Kimo John Little Bird, Sr. (Court Reporter: Cheryl Hook) (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 78 | | SEALED Jury Question: If we can't agree on counts III & IIII, can these counts be hung and tried in the future? Or would it be a mistrial? (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 79 | | Court's RESPONSE re 78 Jury Question (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 80 | | SEALED Jury Question: We don't feel that there is enough evidence to say guilty or not guilty on Counts III (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 81 | | Court's RESPONSE re 80 Jury Question (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 83 | | VERDICT as to Kimo John Little Bird Sr. (1) Guilty on Count 1s,2s,5s. (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 84 | | REDACTED VERDICT. Name of jury foreperson redacted. (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 85 | | ORAL DECLARATION OF MISTRIAL as to Kimo John Little Bird Sr. (1) Count 3s,4s by U.S. District Judge Charles B. Kornmann on 11/18/21. (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 86 | | Minute Entry for proceedings held before U.S. District Judge Charles B. Kornmann: Jury Trial Completed on 11/18/2021 as to Kimo John Little Bird, Sr. (Court Reporter: Cheryl Hook) (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 87 | | EXHIBIT LIST as to Kimo John Little Bird, Sr re 85 Jury Trial – Completed held on 11/16/21–11/18/21 before U.S. District Judge Charles B. Kornmann. (KMH) (Entered: 11/18/2021) |
| 11/18/2021 | 82 | | SEALED Jury Question: We are deadlocked on 3 & 4. We made decisions on all other counts. (KMH) Modified on 11/18/2021 (KMH). (Entered: 11/18/2021) |
| 11/18/2021 | 88 | | ORDER SETTING SENTENCING DATE as to Kimo John Little Bird, Sr. Draft PSR due by 1/5/2022. Final PSR due by 2/2/2022. Sentencing set for 5/23/2022 at 1:00 PM in Aberdeen Courtroom 1 – Room 403 before U.S. District Judge Charles B. Kornmann. Signed by U.S. District Judge Charles B. Kornmann on November 18, 2021. (DLC) (Entered: 11/18/2021) |
| 11/18/2021 | 89 | | MOTION to Dismiss Count 3 and 4 *of the Superseding Indictment* by USA as to Kimo John Little Bird, Sr. (Attachments: # 1 Proposed Order to Dismiss Counts Three and Four of the Superseding Indictment) (Miller, Jay) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/18/2021) |
| 11/18/2021 | 90 | | TEXT ORDER for Return of Physical Exhibit Number(s) 7−14 and 16−20 submitted on behalf of USA during 86 Jury Trial − Completed held on November 16−18, 2021. These exhibits must be retained consistent with D.S.D. Crim. LR 57.3. Signed by U.S. District Judge Charles B. Kornmann on 11/18/21. (SKK) (Entered: 11/19/2021) |
| 11/18/2021 | 91 | | RECEIPT for Return of Physical Exhibits. Exhibits 7−14 and 16−20 admitted during 86 Jury Trial − Completed on behalf of USA have been returned to Attorney Jay P. Miller. (SKK) (Entered: 11/19/2021) |
| 11/18/2021 | 92 | | SEALED Exhibits as to Kimo John Little Bird, Sr. during 86 Jury Trial − Completed on November 16−18, 2021 before U.S. District Judge Charles B. Kornmann. (SKK) (Entered: 11/19/2021) |
| 11/18/2021 | 93 | | EXHIBITS offered by USA as to Kimo John Little Bird, Sr during 86 Jury Trial − Completed on November 16−18, 2021 before U.S. District Judge Charles B. Kornmann. |
| | | | The offering party must review its attached exhibits to determine if redactions are required. If redactions are required, the offering party must electronically file its documentary exhibits offered and/or received into evidence during the trial or evidentiary hearing, including ALL redacted documents and ALL documents that do not require redaction, within 21 days using the Redacted Trial/Hearing Exhibits event. This requirement excludes exhibits that were sealed when offered and/or received. If no redactions are necessary, the attached exhibits will be unrestricted in 21 days on 12/10/2021. (SKK) Modified on 12/10/2021 to remove restriction. (CLR) (Entered: 11/19/2021) |
| 11/22/2021 | 94 | | ORDER granting 89 Motion to Dismiss Count(s) 3 and 4 of the Superseding Indictment as to Kimo John Little Bird Sr. (1). Signed by U.S. District Judge Charles B. Kornmann on 11/22/21. (SLW) (Entered: 11/22/2021) |
| 11/22/2021 | 95 | | RECEIPT for Return of Exhibits. (SLW) (Entered: 11/22/2021) |
| 12/01/2021 | 96 | | MOTION for Acquittal *OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL* by Kimo John Little Bird, Sr. (Rusch, John) (Entered: 12/01/2021) |
| 12/08/2021 | 97 | | RESPONSE to Motion by USA as to Kimo John Little Bird, Sr re 96 MOTION for Acquittal *OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL* . (Miller, Jay) (Entered: 12/08/2021) |
| 12/10/2021 | | | Notice of Unrestricting 93 Restricted Trial/Hearing Exhibits offered by USA as to Kimo John Little Bird, Sr. (CLR) (Entered: 12/10/2021) |
| 01/05/2022 | 98 | | DRAFT Presentence Report as to Kimo John Little Bird, Sr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. **Objections to Draft PSR due: 1/19/2022**. Letters of Support due: 1/19/2022. (Bergeson, Sandy) (Entered: 01/05/2022) |
| 01/11/2022 | 99 | | SEALED OBJECTIONS by Defendant re 98 DRAFT Presentence Report as to Kimo John Little Bird, Sr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate |

| | | | |
|---|---|---|---|
| | | | case participants. (Rusch, John) (Entered: 01/11/2022) |
| 01/12/2022 | 100 | | (FILED IN ERROR) MOTION *to Disclose Presentence Investigation Report in CR 12−10073* by USA as to Kimo John Little Bird, Sr. (Miller, Jay) Modified on 1/13/2022 (SLT). (Entered: 01/12/2022) |
| 01/13/2022 | | | NOTICE of Filing Error: 100 Motion for Miscellaneous Relief was filed in error and should be disregarded. (Miller, Jay) (Entered: 01/13/2022) |
| 01/14/2022 | 101 | | ORDER Granting Motion to Disclose PSR in 12−10073 as to Kimo John Little Bird, Sr Signed by Chief Judge Roberto A. Lange on 1/13/22. (SLW) (Entered: 01/14/2022) |
| 01/14/2022 | 102 | | ORDER denying 96 Motion for Acquittal as to Kimo John Little Bird Sr. (1). Signed by U.S. District Judge Charles B. Kornmann on 01/10/2022. (VMM) (Entered: 01/18/2022) |
| 01/18/2022 | 103 | | SEALED OBJECTIONS by USA re 98 DRAFT Presentence Report as to Kimo John Little Bird, Sr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Miller, Jay) (Entered: 01/18/2022) |
| 01/18/2022 | 104 | | AMENDED ORDER SETTING SENTENCING DATE as to Kimo John Little Bird, Sr. Draft PSR due by 1/5/2022. Final PSR due by 2/2/2022. Sentencing set for 5/23/2022 at 04:00 PM in Aberdeen Courtroom 1 − Room 403 before U.S. District Judge Charles B. Kornmann. Signed by U.S. District Judge Charles B. Kornmann on 01/18/2022. (VMM) (Entered: 01/18/2022) |
| 02/02/2022 | 105 | | FINAL PRESENTENCE REPORT as to Kimo John Little Bird, Sr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Attachments: # 1 Addendum to PSR, # 2 Recommended Special Conditions) (Bergeson, Sandy) (Entered: 02/02/2022) |
| 05/23/2022 | 106 | | Minute Entry for proceedings held before U.S. District Judge Charles B. Kornmann: Sentencing held on 5/23/2022 for Kimo John Little Bird, Sr. (1), Count(s) 1, 2, Superseded; Count(s) 1s, Life imprisonment and $100 Special Assessment; Count(s) 2s, 120 months imprisonment to run consecutive and $100 Special Assessment; Count(s) 3s, 4s, Dismissed by USA; Count(s) 5s, 5 years imprisonment to run concurrent and $100 Special Assessment.. (Court Reporter: Cheryl Hook) (KMH) (Entered: 05/23/2022) |
| 05/27/2022 | 107 | | JUDGMENT AND COMMITMENT as to Kimo John Little Bird, Sr. (1), Count(s) 1, 2, Superseded; Count(s) 1s, Life imprisonment and $100 Special Assessment; Count(s) 2s, 120 months imprisonment to run consecutive and $100 Special Assessment; Count(s) 3s, 4s, Dismissed by USA; Count(s) 5s, 5 years imprisonment to run concurrent and $100 Special Assessment Signed by U.S. District Judge Charles B. Kornmann on 05/27/2022. (Attachments: # 1 Statement of Reasons) (VMM) (Entered: 05/27/2022) |
| | | | *Main Document* |
| | | | Attachment # 1 *Statement of Reasons (Not Attached)* |
| 06/03/2022 | 108 | | NOTICE OF APPEAL by Kimo John Little Bird, Sr re 107 Judgment and Commitment,. (Includes a request to waive the appellate filing fee.) (Rusch, |

| | | | John) (Entered: 06/03/2022) |
|---|---|---|---|
| 06/03/2022 | 109 | | TRANSMITTAL of Notice of Appeal to 8th Circuit Court of Appeals re 108 Notice of Appeal as to Kimo John Little Bird, Sr. (CLR) |
| | | | Transcript Requests: Attorneys appointed pursuant to the Criminal Justice Act (CJA) should order transcripts through eVoucher. All others should complete the Transcript Order Form on the District Court's website located at https://www.sdd.uscourts.gov/content/transcript−order. (Entered: 06/03/2022) |

FILED

MAY 27 2022

CLERK

AO 245B   (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of South Dakota, Northern Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| | ) | |
| Kimo John Little Bird, Sr. | ) | Case Number:    1:20CR10012–1 |
| | ) | USM Number:    12978-073 |
| | ) | |
| | ) | John S. Rusch |
| | | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the Court.

■ was found guilty on count(s)    1, 2 and 5 of the Superseding Indictment
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2) | Aggravated Sexual Abuse of a Child | 07/24/2016 | 1s |
| 18 U.S.C. § 2260A | Felony Sex Offense Against a Minor While Required to Register as a Sex Offender | 07/24/2016 | 2s |
| 18 U.S.C. §§ 1512(b)(1) and 1512(j) | Tampering With a Witness | 10/13/2021 | 5s |

The defendant is sentenced as provided in this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

■ Count(s)   3 and 4 of the Superseding Indictment        ☐ is   ■ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

05/23/2022
Date of Imposition of Judgment

Signature of Judge

Charles B. Kornmann, United States District Judge
Name and Title of Judge

5-27-22
Date

AO 245B   (Rev. 09/19) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:        Kimo John Little Bird, Sr.
CASE NUMBER:      1:20CR10012-1

# IMPRISONMENT

■    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
     Life on Count 1, 60 months on Count 5, to run concurrently, and 120 months on Count 2, to run consecutively to Counts 1 and
     5.

☐    The Court makes the following recommendations to the Bureau of Prisons:

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____   ☐  a.m.   ☐   p.m.   on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this Judgment.

                                                        _____
                                                             UNITED STATES MARSHAL

                                              By        _____
                                                          DEPUTY UNITED STATES MARSHAL

AO   (Rev. 09/19) Judgment in a Criminal Case
    Sheet 5 — Criminal Monetary Penalties

DEFENDANT:          Kimo John Little Bird, Sr.
CASE NUMBER:      1:20CR10012-1

# CRIMINAL MONETARY PENALTIES

You must pay the total criminal monetary penalties under the Schedule of Payments set below.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $300 | None requested | Waived | Not applicable | Waived |

☐    The determination of restitution is deferred until.

       An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    You must make restitution (including community restitution) to the following payees in the amount listed below.

       If you make a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐    Restitution amount ordered pursuant to Plea Agreement   $ _____

☐    You must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the Judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The Court determined that you do not have the ability to pay interest and it is ordered that:

       ☐   the interest requirement is waived for the   ☐  fine   ☐  restitution.

       ☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

*Amy, Vicky, & Andy Child Pornography Assistance Act of 2018, Pub. L. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B  (Rev. 09/19) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

| | |
|---|---|
| DEFENDANT: | Kimo John Little Bird, Sr. |
| CASE NUMBER: | 1:20CR10012-1 |

## SCHEDULE OF PAYMENTS

Having assessed your ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ■  Lump sum payment of $ 300 _____ due immediately, balance due

      ☐  not later than _____ , or

      ■  in accordance with ☐ C, ☐ D, ■ E, or ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ ,
      to commence _____ (e.g., 30 or 60 days) after the date of this Judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ ,
      to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E**  ■  Payment of the total restitution and other criminal monetary penalties shall be due in regular quarterly installments of 50% of the deposits in your inmate trust account while you are in custody.

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, or electronically at Pay.gov.

You shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number), | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐  You shall pay the cost of prosecution.
☐  You shall pay the following Court cost(s):
☐  You shall forfeit your interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
District of South Dakota
Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | FILE NO. 1:20-cr-10012 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF APPEAL |
| KIMO LITTLE BIRD, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Kimo Little Bird, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the 8th Circuit from the final judgment entered in this matter on the 27th day of May, 2022.

Dated this __3rd__ day of June, 2022.

RENSCH LAW OFFICE
A Professional Law Corporation


 /s/ John S. Rusch
John S. Rusch
Attorney for Defendant
832 St. Joseph Street
Rapid City, SD  57701
(605) 341-1210

U.S. v. Kimo Little Bird/File No. CR20-10012/Notice of Appeal

## CERTIFICATE OF SERVICE

It is certified that a true and correct copy of the foregoing document was served upon the person herein next designated, on the date shown below, by electronic filing as follows:

Jay Miller
Assistant United States Attorney
225 S. Pierre St.
Pierre, SD 57501- 2463

Dated this  3rd  day of June, 2022.

RENSCH LAW OFFICE
A Professional Law Corporation


 /s/ John S. Rusch
John S. Rusch
Attorney for Defendant

# United States District Court
## District of South Dakota
### Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division | Southern Division | Western Division |
| P.O. Box 7147 | 400 South Phillips, | 515 Ninth Street, |
| Pierre, SD 57501 | Room 128 | Room 302 |
| | Sioux Falls, SD 57104 | Rapid City, SD 57701 |

Matthew W. Thelen                                                                               Telephone
Clerk of Court                                                                              (605) 330-6600

June 3, 2022

### TRANSMITTAL OF NOTICE OF APPEAL IN A CRIMINAL CASE
#### (Prepare a separate Transmittal Form for each defendant.)

| | | |
|---|---|---|
| 1. | **Case Number & Title:** | 1:20-cr-10012; USA v. Little Bird, Sr. |
| 2. | **Defendant:** | Kimo John Little Bird, Sr. |
| | **Prisoner Registry No.:** | 12978-073 |
| | **Prisoner's Address:** | South Dakota State Penitentiary<br>1600 North Drive<br>Sioux Falls, SD  57117 |
| | **Is Defendant incarcerated?** | Yes |
| 3. | **Date Notice of Appeal filed:** | 6/03/2022 |
| 4. | **Sentence imposed:** | Count 1s: Life imprisonment and $100 VAF;<br>Count 2s: 120 months imprisonment to run consecutive and $100 VAF;<br>Count 5s:  5 years imprisonment to run concurrent and $100 VAF |
| | **Date sentence imposed:** | 5/27/2022 |
| 5. | **Co-Defendant(s) and case numbers:** | N/A |
| | **Have any Co-Defendants filed a Notice of Appeal?** | N/A |
| | **If yes, date Notice of Appeal and USCOA Case#:** | N/A |
| 6. | **Date of Plea/Verdict:** | 11/18/2021 |
| | **If case went to trial, length of trial:** | 3 days |
| 7. | **Court Reporter:** | Cheryl Hook<br>225 S. Pierre Street<br>Room 405<br>Pierre, SD  57501<br>605-945-4626<br>Cheryl_hook@sdd.uscourts.gov |

| | | |
|---|---|---|
| **8.** | **Assistant U.S. Attorney:** | Jay P. Miller<br>U.S. Attorney's Office<br>225 S. Pierre St., Suite 337<br>Pierre, SD 57501-2489<br>605-224-5402<br>Email: jay.miller@usdoj.gov |
| | | Kirk W. Albertson<br>U.S. Attorney's Office<br>225 South Pierre St., Suite 337<br>Pierre, SD 57501<br>(605) 224-5402<br>Email: kirk.albertson@usdoj.gov |
| | | Troy R. Morley<br>U.S. Attorney's Office<br>225 South Pierre St., Suite 337<br>PO Box 7240<br>Pierre, SD 57501<br>(605) 224-5402<br>Email: troy.morley@usdoj.gov |
| **9.** | **Defense Counsel:** | John S. Rusch<br>Rensch Law Office<br>832 St. Joseph Street<br>Rapid City, SD 57701<br>605-341-1210<br>Email: john.rusch@renschlaw.com |
| | **Was defense counsel appointed/retained?** | Appointed |
| | **Is there any reason why defense counsel should not be appointed on appeal?** | No |
| **10.** | **If counsel has been retained, has the filing fee been paid?** | N/A |
| **11.** | **Is there a pending motion for IFP?** | See Doc. 108 |
| | **If yes, date motion for IFP was filed and document number:** | Doc. 108 - Notice of Appeal includes request to waive appellate filing fee |
| **12.** | **Are there any other pending motions?** | No |
| | **If yes, list pending motions and document numbers:** | N/A |
| **13.** | **Does this case involve minor victims or child porn?** | Yes |
| **14.** | **Additional comments:** | |

Office of the Clerk